IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| XAVIER N. DONALD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00878-O-BP |
| | § | |
| BANK OF AMERICA | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that Plaintiff's Motion for entry of default judgment (ECF No. 7) is **DENIED**, Defendant's Motion to Dismiss (ECF No. 14) is **GRANTED**, and Plaintiff's claims against Defendant are **DISMISSED**.

**SO ORDERED this 21st day of June , 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE